816

No. 79. MASSICOT ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Herve Racivitch* and *Guy Johnson* for petitioners. *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Eugene L. Grimm* for the United States.

No. 82. DEBERNARDO *v.* ROGERS, ATTORNEY GENERAL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Jack Wasserman* and *David Carliner* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Julia P. Cooper* for respondent.

No. 83. BEARDSLEY ET AL. *v.* CONTINENTAL CASUALTY Co. C. A. 2d Cir. Certiorari denied. *Otto C. Sommerich, Benjamin Busch* and *Stuart Sprague* for petitioners. *Leslie D. Taggart* and *John Rex Allen* for respondent.

No. 85. MATCZAK ET AL., TRADING AS TYLERSPORT GARAGE, *v.* BYRNE, ADMINISTRATRIX. C. A. 3d Cir. Certiorari denied. *Philip W. Amram* for petitioners. *B. Nathaniel Richter* for respondent.

No. 89. MORGENSTERN CHEMICAL Co., INC., *v.* G. D. SEARLE & Co. C. A. 3d Cir. Certiorari denied. *Copal Mintz* for petitioner. *Bernard M. Shanley* for respondent.

No. 95. DE POVA *v.* CAMDEN FORGE Co. C. A. 3d Cir. Certiorari denied. *John F. Crane* for petitioner. *Harry Norman Ball* for respondent.